ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| MAC Electric, Inc. | ) ASBCA No. 62611 |
| | ) |
| Under Contract No. W9124R-11-D-0214 | ) |

APPEARANCES FOR THE APPELLANT:    Benjamin L. Williams, Esq.
    Gunjan R. Talati, Esq.
     Kilpatrick Townsend & Stockton LLP
     Washington, DC

APPEARANCES FOR THE GOVERNMENT:  Scott N. Flesch, Esq.
     Army Chief Trial Attorney
    MAJ Aaron K. McCartney, JA
     Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: January 28, 2021

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62611, Appeal of MAC Electric, Inc., rendered in conformance with the Board's Charter.

Dated: January 28, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals